448 A.2d 1187

Commonwealth v. Keber, Appellant.

Sub-

616

mitted March 10, 1982. Philip T. Medico, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.